UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RUTH TAYLOR and ZACHARY TAYLOR,     Case No. 3:17-cv-00376-REP
*on behalf of themselves and all others similarly situated*,

            Plaintiffs,

v.

TRANS UNION, LLC,

            Defendant.

_____/

## AGREED ORDER OF DISMISSAL

CAME NOW Plaintiffs, Ruth Taylor and Zachary Taylor, and Defendant, Trans Union, LLC (collectively, the "Parties"), represent that they have reached entered an individual settlement (the "Settlement") and upon their joint request pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss this action with prejudice.

1.      For good cause shown, it is hereby ORDERED that this action is dismissed with prejudice.

2.      Notwithstanding the foregoing, this Court reserves jurisdiction over the Parties pursuant to Kokkonen v. Guardian Life Insurance Co., 511 U.S. 375 (1994), to enforce the terms of their settlement agreement, including without limitation those terms requiring Defendant to adopt certain business practice changes and maintain such changes in force for a period of not less than two years from the date of this Order.

LA 52118118

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated: January 26, 2018         /s/ REP
                                Robert E. Payne
                                Senior United States District Judge

LA 52118118

We ask for this:

*/s/ Michael R. Ward*
Michael Robert Ward
Gibson Sinclair Wright
McCandlish Holton Morris
P.O. Box 796
Richmond, VA 23218-0796

Brian Charles Frontino (admitted PHV)
Alisa Marie Taormina (admitted PHV)
Stroock & Stroock & Lavan LLP
200 S. Biscayne Blvd., Ste. 3100
Miami, FL 33131

Stephen Julian Newman (admitted PHV)
Stroock & Stroock & Lavan LLP
2029 Century Park East, Ste. 1600
Los Angeles, CA 90067-3086

Counsel for Defendant

*/s/*
Leonard Anthony Bennett
Craig Carley Marchiando
Elizabeth W. Hanes
Consumer Litigation Associates
763 J Clyde Morris Blvd., Suite 1A
Newport News, VA 23601

Kristi Cahoon Kelly, VSB 72791
Andrew Joseph Guzzo
Casey Shannon Nash
Kelly & Crandall PLC
3925 Chain Bridge Rd., Suite 202
Fairfax, VA 22030

Mark Clifton Leffler
Emily Connor Kennedy
Boleman Law Firm (Richmond)
2104 Laburnum Ave., Suite 201
Richmond, VA 23227

Counsel for Plaintiffs

LA 52118118